UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINGBO CITIC CULTURE EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP),<br><br>Plaintiff,<br><br>v.<br><br>JINMING MAO, et al.,<br><br>Defendants. | Case No. 24-cv-03041-TLT<br><br>**ORDER TO SHOW CAUSE; CASE MANAGEMENT STATEMENT DUE NO LATER THAN, MONDAY, AUGUST 19, 2024**<br><br>Re: Dkt. Nos. 8,15 |

On May 20, 2024, Petitioner filed a Petition to Confirm Arbitration Award and Entry of Judgment, ECF No. 5. Thereafter, the case was set for an Initial Case Management Conference for August 22, 2024, with a Case Management Statement due by August 15, 2024.

On July 15, 2024, Petitioner moved for Clerk's entry of default. *See* Req. Entry Default, ECF No. 14; Req. Entry Default, ECF No. 15.

Self-Represented Litigants, Jinming Mao and Jiangyang Shui ("Respondents") have not filed an Opposition to the Petition. Respondents were served and Certificate of Service was filed on June 24, 2024, ECF Nos. 10, 11.

Pro se litigants are given leave to file a separate case management statement. The Respondents are ordered to file a case management statement no later than Monday, August 19, 2024.

Failure to comply with the Court's orders and/or file an opposition to the petition, could result in a judgment by default will be entered against you for the relief demanded in the petition.

Accordingly, the Court finds that Plaintiff may benefit from the resources available to pro se litigants. The Court advises Plaintiff that the district court has produced a guide for pro se litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which

provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.  It is available electronically online (https://cand.uscourts.gov/wp-content/uploads/2020/02/Pro_Se_Handbook_2020ed_links_12-2021_MBB.pdf) or in hard copy free of charge from the Clerk's Office.

The Court does not provide certified court interpreters to assist Respondents during future hearings, depositions, and any court-ordered conferences.  However, Respondents may notify the Legal Help Center or the Court of the primary language spoken by the Respondents and they may enlist the assistance of someone to assist them during the hearings.

The Court further advises Plaintiff that assistance may be available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis and will not be able to represent parties in their cases. There is no charge for this service. The Help Center's website is available at https://cand.uscourts.gov/about/court-programs/legal-help-desks/.

The case management statement is due no later than August 19, 2025, and the Case Management Conference is maintained for Thursday, August 22, 2025, at 2 p.m. via videoconference.

**IT IS SO ORDERED.**

Dated: August 15, 2024

_____
TRINA L. THOMPSON
United States District Judge