UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINGBO LIANXIN VENTURE CAPITAL PARTNERSHIP (LIMITED PARTNERSHIP),<br><br>    Plaintiff,<br><br>    v.<br><br>JINMING MAO, et al.,<br><br>    Defendants. | Case No. 24-cv-03041-NW<br><br>**ORDER TO SHOW CAUSE** |

On April 16, 2025, the Court granted Petitioner Ningbo Lianxin Venture Capital Partnership's Motion to Amend the Caption to Reflect a Name Change. ECF No. 40. In that order, the Court set a Case Management Conference for Tuesday, May 13, 2025, at 9:00 a.m. by videoconference, with an updated joint case management statement due on April 29, 2025. *Id.* The parties filed a joint case management statement by the deadline, *see* ECF No. 41, but failed to appear at the Case Management Conference. Previously, the Court issued two orders to show cause for Respondents' failure to file timely case management statements. ECF Nos. 20, 32.

A court may issue an order imposing sanctions authorized by Federal Rule of Civil Procedure 37(b)(2)(A)(ii)-(vii), including dismissing the action, if a party or its attorney "fails to appear at a scheduling or other pretrial conference." Fed. R. Civ. P. 16(f)(1)(A). The parties are therefore ordered to show cause in writing by **Wednesday, May 21, 2025**, for failure to appear at the Tuesday, May 13, 2025, Case Management Conference. In their written response, which may be filed jointly or separately, the parties shall address why the Court should not impose sanctions, up to and including terminating sanctions. Additionally, because the Court has jurisdictional questions, the parties shall explain in their written response why the Court has jurisdiction in this

case.

A hearing on the order to show cause is set for **Wednesday, May 28, 2025, at 10:00 a.m.** in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. The parties must appear at the hearing in person; no remote appearances will be permitted. Counsel of record must appear; no special appearances will be permitted. Self-represented parties must appear in person. The Court may determine that this matter is suitable for disposition without oral argument and vacate the hearing, and if so, will inform the parties accordingly.

**IT IS SO ORDERED.**

Dated: May 13, 2025

Noël Wise
United States District Judge